# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2462NI

_____

Joseph  E. Navin,                      *

                           *

         Appellant,      *   On Appeal from the United

                           *   States District Court

   v.                      *   for the Northern District

                           *   of Iowa.

                           *

United States of America,    *   [Not to be published]

                           *

         Appellee.       *

_____

Submitted: November 16, 1999

Filed: November 23, 1999

_____

Before RICHARD S. ARNOLD, JOHN R. GIBSON, and BEAM, Circuit Judges.

_____

PER CURIAM.


This is a proceeding under 28 U.S.C. § 2255 to set aside or vacate three convictions and sentences imposed upon the appellant, Joseph Navin, for drug-trafficking offenses and related firearms violations.  The District Court,[1] in a comprehensive and thorough opinion, concluded that the grounds asserted were without merit, and dismissed Mr. Navin's motion with prejudice.

_____

[1]The Hon. Mark W. Bennett, United States District Judge for the Northern District of Iowa.

We have read the briefs. We have been greatly helped by the care with which the District Court's opinion sets out the contentions and explains why they are without merit. In our opinion, Mr. Navin urges no arguments on appeal that are not correctly discussed and decided in the District Court's opinion. We therefore have nothing to add.

Affirmed.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.